UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: April 22, 2021

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 20-CR-1006 (CCC)

Title of Case: U.S.A. v. JOE VEGA

Appearances:   Angelica Sinopole, AUSA, for the Government
Linda Foster, Esq. for Defendant
Adriana Garcia, U.S. Probation Officer

**Nature of Proceedings:**   Sentence via Zoom Video

Conference held.
Defendant consents to sentencing to be held via videoconference, placed on the record
COVID 19 Order filed.
Conference held.
Sentence: 48 months as to Counts 1
Supervised Release: 3 years as to Count 1
Special Conditions:
   1. Alcohol/Drug Testing & Treatment
   2. Consent to Search
   3. Prohibitions on Gang/Criminal Associations
   4. Life Skills/Education
   5. Motor Vehicle Compliance
   6. Supporting Dependents
Fine: waived
Defendant advised of right to appeal.

Time Commenced:  10:10 a.m.                               Time Adjourned:  11:00 a.m.


*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk